UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARK D. HALL,

     Plaintiff,

v.                                                                                 Case No. 1:18-cv-1161
                                                                                   Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42

U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as

outlined in the Opinion.

**IT IS SO ORDERED**.


Dated:  March 23, 2020                                          /s/ Ray Kent
                                                               United States Magistrate Judge